

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00483-CR

| | | |
|---|---|---|
| Juan Fransisco Sanchez | § | From the 372nd District Court |
| | § | of Tarrant County (1229294D) |
| v. | § | June 19, 2014 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____

Justice Anne Gardner